AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of West Virginia

FILED
APR 16 2026
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

United States of America
v.

Christopher Bentley

*Defendant(s)*

Case No. 1:26-MJ-30

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 26, 2026 in the county of Ritchie in the Northern District of West Virginia, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 373 | - Solicitation to Commit a Crime of Violence |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Edward P. Ryan, Jr., FBI Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/16/2026

*Judge's signature*

City and state: Clarksburg, West Virginia

Michael John Aloi, United States Magistrate Judge

*Printed name and title*