# AFFIDAVIT

I, Edward P. Ryan Jr., being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI). I have been employed as a Special Agent since March 2003. I am currently assigned to the Clarksburg Resident Agency (CRA) located at 6000 Jerry Dove Drive, Bridgeport, WV 26330. The CLRA reports to the Pittsburgh division of the FBI and has an area of responsibility consisting of 18 counties in the Northern District of West Virginia. Ritchie County, WV, is one of the 18 counties in the CLRA's area of responsibility.

2. As a Special Agent, I have investigated federal criminal violations related to threats involving the internet and electronic devices. I have gained experience through training, as well as everyday work relating to investigations involving various types of electronic communications including text message, instant messaging platforms, social media platforms, email, peer to peer applications and more. I have obtained search warrants for offenses that involved the use of interstate communications, and I have been the case agent or assisted others in numerous investigations involving the use of technology. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S. Code § 373 (Solicitation to Commit a Crime of Violence).

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from witnesses and other law enforcement. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S. Code § 373 (Solicitation to Commit a Crime

of Violence) have been committed by Christopher Michael BENTLEY, who resides at 145 Brookside Drive, Pennsboro, West Virginia in Ritchie County.

**PROBABLE CAUSE**

5. On January 26, 2026, The FBI New York Media Team observed Facebook username "Chris Bentley" posting threatening messages on his Facebook account regarding Immigration and Customs Enforcement (ICE) and other federal agents. The profile for this username listed his location as Boise, Idaho. An FBI Guardian lead was generated and assigned to the Salt Lake City Division of the FBI.

6. Through their assessment of the lead and the examination of law enforcement databases and open-source queries, Salt Lake City FBI identified Christopher Michael BENTLEY, DOB 06/14/1992, who was born in Boise, Idaho, but now appeared to be residing Ritchie County, WV. Salt Lake City Division then transferred the Guardian lead to Pittsburgh Division. Your Affiant was assigned the Guardian lead on March 5, 2026.

7. On March 6, 2026, your affiant learned the Ritchie County Sheriff's Office (RCSO) located in Harrisville, WV, opened an investigation into BENTLEY in late January 2026 when they learned about the threatening posts on his Facebook account. The RSCO believed BENTLEY was either residing at 4871 State Park Road, Cairo WV 26337 or at 145 Brookside Drive, Pennsboro, WV 26415 based on law enforcement database queries. They also believed he was working at the McDonalds located at 113 W Washington Street, Ellenboro, WV 26346. The RCSO obtained a state search warrant for BENTLEY's Facebook account having the Uniform Resource Locater (URL) https://www.facebook.com/raevyn17.

8. On March 11, 2026, your Affiant completed the review of the Facebook return obtained by the RCSO's state search warrant and made the following observations:

9. The Payment Credential information provided by Facebook for BENTLEY's account listed a VISA with the name Christopher Bentley and address of 4871 State Park Road, Cairo WV 26337. The picture used in BENTLEY's Facebook profile matched the WV Department of Motor Vehicles (DMV) driver's license photo obtained from the DMV. There were many incoming messages on June 14, 2025 wishing BENTLEY a "Happy Birthday".

10. On 07/02/2025, BENTLEY messaged he was in an accident and sent an image of damage to the rear of a Ford Focus bearing the WV registration 330-080A. A check of DVV records revealed a 2009 Ford Focus, VIN 1FAHP33N19W222277, registered to BENTLEY.

11. Between January 21, 2026 and January 27, 2026, BENTLEY made the following threatening posts:

12. On January 21, 2026, BENTLEY posted "There are not nearly enough dead ICE agents for how long this has been going on. Time to pump those numbers up."

13. On January 25, 2026, BENTLEY posted "The tree of liberty must be refreshed from time to time with the blood of patriots and tyrants. The second amendment was always intended to keep federal overreach in check. If they have families, their children are better off as orphans. If they're married, their wives are better off as widows. We should be hunting ICE. To put a rabid animal down before it has the opportunity to hurt someone else. It's the American way."

14. On January 25, 2026, BENTLEY posted "Level 3a body armor is rated to stop 9mm, .40 S&W, .45 ACP, .357 SIG and .44 Magnum. It is not designed to stop .223 Remington, 5.56 NATO, .243 Winchester, 6.5 Creedmoor, .308 Winchester, .300 Winchester Magnum, or your Grandpa's 30-06 Level 3a body armor also doesn't protect the head."

15. On January 26, 2026, BENTLEY posted "It's not complicated. It's Unamerican to defend federal agents who violate your rights. That's some pussy ass bitch made shit. Make sure

you work the shaft, you wouldn't want him to not finish, and make eye contact while you're at it. That's a good little boot licker. Don't worry, I happen to remember Ruby Ridge, I remember that a fed is a fed. I remember that they will kill your wife and son and face zero accountability for it. I remember that the only solution to a fed is to fill them with lead. That's what that means, to remember Ruby Ridge. It means if they're paid by the federal government, they deserve ventilation. ICE, ATF, FBI, doesn't matter. Remember Ruby Ridge, and arm yourself. Level 3a body armor doesn't stop rifle rounds, and almost all armor becomes ineffective after stopping the first round. Shoot, then shoot again and again."

16. On January 26, 2026, BENTLEY posted "If my comments encouraging others to shoot federal agents are bothering you, it's because your mama raised a bitch."

17. On January 27, 2026, BENTLEY posted "I think my favorite part of all of this is how commonly I get confused with a liberal. A liberal wants accountability for federal officers, wants them to have due process, with constitutionally guaranteed rights, such as an attorney, bail, facing their accusers and a trial by their peers. Those are what liberals push for. I'm blatantly calling for lead in their heads because they accepted a federal paycheck. That stance would require me to own a gun. That stance bypasses any rights they might have. That stance would deny them due process, much like they denied due process to Good and Pretti. Make no mistake here, I'm not a liberal and I don't represent their take. I'm not the enemy conservatives think I am, and I'm definitely not the one they prepared for."

18. Your Affiant checked the sessions data in the Facebook search warrant return. On January 21, 2026, BENTLEY's session Internet Protocol Address (IP) was 24.239.76.9. FBI IP tools placed this IP in Ellenboro, WV in close proximity to the Ellenboro McDonalds at W Washington Street, Ellenboro, WV 26346. For the remaining threatening messages between

01/25/2026 and 01/27/2026 the Session IP was 24.239.76.20. FBI IP tools placed this IP in Ellenboro, WV in close proximity to the Ellenboro McDonalds at W Washington Street, Ellenboro, WV 26346.

19. On 04/14/2026, your Affiant conducted surveillance in the vicinity of the McDonalds located W Washington Street, Ellenboro, WV 26346. At approximately 5:11pm, BENTLEY was observed arriving at McDonalds in his 2009 Ford Focus bearing the WV registration 330-080A. At approximately 5:32pm, BENTLEY was observed entering his aforementioned 2009 Ford Focus and traveling to 145 Brookside Drive, Pennsboro, WV 26415. At approximately 5:44pm, BENTLEY was observed exiting his vehicle and entering that premises.

Respectfully submitted,

Edward P. Ryan Jr.
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me, this 16th day of April, 2026

MICHAEL J. ALOI
UNITED STATES MAGISTRATE JUDGE